UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KEVIN SOVALBARRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC WESTERN LOGISTICS, LLC, a Texas limited liability company; WORLDPAC, INC., a New Jersey corporation; PRISCILLA GARCIA, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:23-cv-01270-GW-JPRx<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE [29]**<br><br>District Judge:   Hon. Wesley L. Hsu<br>Magistrate Judge: Jean P. Rosenbluth<br>Courtroom:     9B<br>Action Filed:  February 23, 2022<br>Date Removed: February 21, 2023<br>Trial Date:  Not Set |

Based on the stipulation of the Parties [29], and good cause appearing therefor, **IT IS ORDERED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**, each side to bear its own costs and attorneys' fees.

Dated: October 25, 2023

                                                                    _____
                                                                    HON. WESLEY L. HSU
                                                                    UNITED STATES DISTRICT JUDGE